# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION

**United States of America,**

    **Plaintiff,**                      Case No. 2:11–cr–35

    v.                              Judge Watson

**Todd Allen Lamb,**

    **Defendant.**

## ORDER

Upon consideration of the motion filed by the United States Attorney for an Order authorizing disclosure of matters occurring before this Court's grand jury on October 5, 2010 for purposes of sentencing, and inclusion of such matters disclosed in the record of this case, and the Court, being duly advised in the premises, finds that the disclosure sought is for use in connection with a judicial proceeding and is sought in the public interest, and the Court therefore Orders that, pursuant to Rule 6(e) of the Federal Rules of Criminal Procedure, the United States Attorney and his Assistants are authorized to disclose matters occurring before this Court's grand jury on October 5, 2010 for purposes of sentencing, and to make such matters disclosed part of the record in this case.

**IT IS SO ORDERED.**

                                               */s/ Michael H. Watson*
                                               **MICHAEL H. WATSON, JUDGE**
                                               **UNITED STATES DISTRICT COURT**