**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION**

**UNITED STATES OF AMERICA,**

        **Plaintiff,**

                                      : CRIMINAL NO: 2:11-CR-035(1)
   **vs.**                                  : JUDGE WATSON

**TODD ALLEN LAMB**

        **Defendant.**

### SATISFACTION OF CRIMINAL JUDGMENT

The judgment in the above-entitled case having been paid, the Clerk of the United States District Court for the Southern District of Ohio is hereby authorized and empowered to cancel said judgment of record regarding monetary penalties with the exception of any asset forfeiture judgments which may have been imposed.

                                                             Respectfully submitted,

                                                             CARTER M. STEWART
                                                             United States Attorney

                                                             s/Deborah F. Sanders
                                                             DEBORAH F. SANDERS (0043575)
                                                             Assistant United States Attorney
                                                             Attorney for Plaintiff
                                                             303 Marconi Boulevard, Suite 200
                                                             Columbus, Ohio 43215
                                                             Office: (614) 469-5715
                                                             Fax: (614) 469-5240
                                                             E-mail: Deborah.Sanders@usdoj.gov

## CERTIFICATE OF SERVICE

A true copy of the above and foregoing Satisfaction of Judgment was electronically filed with the Clerk of the Court using the CM/ECF system and mailed to Defendant, Todd Allen Lamb, 1415 Township Road 179, Bellefontaine, Ohio 43311, by first class mail, postage prepaid, this 9th day of July, 2014.

s/Deborah F. Sanders
DEBORAH F. SANDERS (0043575)